IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN CHARLES PICKETT, JR.,        No. C-12-3384 TEH (PR)

    Plaintiff,        ORDER OF DISMISSAL

  v.

T. REPASKY, et al.,

    Defendants.

_____/

On June 29, 2012, the instant action was opened when plaintiff, a California prisoner incarcerated at San Quentin State Prison and proceeding pro se, filed a document titled "Case No. 12-16200." The caption of the document identifies the "United States Court of Appeals for the Ninth Circuit" as the presiding court. The text of the document reveals that Plaintiff is attempting to proceed in forma pauperis on appeal in Case No. 12-16200.

Accordingly, as the instant action was opened in error when Plaintiff mistakenly sent to this court a copy of a document he has filed in the Ninth Circuit Court of Appeals, the Clerk of the Court is hereby DIRECTED to administratively close the case.

Because the instant action was opened in error, no filing fee is due.

IT IS SO ORDERED.

DATED   _07/23/2012_   _____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Pickett-12-3384-dismissal.wpd

2