1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   NORMAN CHARLES PICKETT, JR.,            No. C-12-3384 TEH (PR)

12                Plaintiff,                ORDER OF DISMISSAL

13           v.

14   T. REPASKY, et al.,

15                Defendants.

16   _____/

17
18           On June 29, 2012, the instant action was opened when

19   plaintiff, a California prisoner incarcerated at San Quentin State

20   Prison and proceeding <u>pro se</u>, filed a document titled "Case No. 12-

21   16200."  The caption of the document identifies the "United States

22   Court of Appeals for the Ninth Circuit" as the presiding court.  The

23   text of the document reveals that Plaintiff is attempting to proceed

24   <u>in forma pauperis</u> on appeal in Case No. 12-16200.

25           Accordingly, as the instant action was opened in error

26   when Plaintiff mistakenly sent to this court a copy of a document he

27   has filed in the Ninth Circuit Court of Appeals, the Clerk of the

28   Court is hereby DIRECTED to administratively close the case.

**United States District Court**
For the Northern District of California

1          Because the instant action was opened in error, no filing

2   fee is due.

3          IT IS SO ORDERED.

4

5

6   DATED       07/23/2012        _____
                                  THELTON E. HENDERSON
7                                 United States District Judge

8

9   G:\PRO-SE\TEH\CR.12\Pickett-12-3384-dismissal.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2